**ORDERED.**

UST-27C, 8-95  
SHARON MAXWELL  
Bankruptcy Trustee  
CHAPTER 7 TRUSTEE  
177 NORTH CHURCH STE 625  
TUCSON, AZ  85701  
(520) 623-7401

**Dated: March 12, 2010**



_____  
**EILEEN W. HOLLOWELL**  
**U.S. Bankruptcy Judge**  
_____

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| ORTENZI, PAUL VINCENT ) | CASE NO. 4-09-07589-EWH |
| ORTENZI, BRIGETTE RENA ) | |
| ) | ORDER APPROVING PAYMENT |
| Debtor(s) ) | OF ADMINISTRATIVE FEES |
| ) | AND EXPENSES |

SHARON MAXWELL, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| PAYEE AND EXPLANATION | | TOTAL |
|---|---|---|
| TRUSTEE, SHARON MAXWELL | | |
| Fees Allowed | $1,690.04 | |
| Expenses Allowed | $54.65 | $1,744.69 |
| UNITED STATES TRUSTEE'S OFFICE | | $0.00 |
| CLERK, U.S. Bankruptcy Court | | $0.00 |
| OTHER | | $0.00 |

_____  _____  
DATE                   THE HONORABLE EILEEN W. HOLLOWELL  
                       UNITED STATES BANKRUPTCY JUDGE